**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Danny Lee KYLLO, Defendant–
Appellant.**

No. 96–30333.

United States Court of Appeals,
Ninth Circuit.

Filed Aug. 3, 2001

Before: BRUNETTI, JOHN T. NOONAN, and HAWKINS, Circuit Judges.

### ORDER

The judgement of this court, 190 F.3d 1041, is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Kyllo v.* *United States*, —— U.S. ——, 121 S.Ct. 2038, 150 L.Ed.2d 94 (2001).